Certificate Number: 05781-PR-DE-041661210

Bankruptcy Case Number: 21-03325

05781-PR-DE-041661210

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2026, at 9:52 o'clock AM PST, Omayra Torres-Camacho completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: November 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President